MAGIOUDIS *v.* GARY LODGE NO. 1152, B. P. O. E.

[No. 17,538. Filed January 10, 1947. Rehearing Denied March 10, 1947. Transfer Denied April 11, 1947.]

*Harry P. Sharavsky,* of Gary, for appellant.

*Harrison B. Steward,* of Gary, for appellee.

FLANAGAN, J.—This action was brought by appellee against appellant for possession of certain real estate in the city of Gary, Indiana, and for damages for its unlawful detention. From a judgment for appellee, appellant appeals, assigning as error the overruling of his motion for a new trial.

Under this assignment appellant lists a number of technical points but they may be summarized as follows: (1) appellee failed to prove that it is a corporation; (2) appellee's witness as to rental value was not qualified; and (3) appellant failed to receive a proper notice of the termination of his lease.

We find no merit in any of appellant's contentions and see no purpose to be served in lengthening this opinion by a detailed recital of the evidence. It is sufficient to say that an examination of the record discloses ample evidence, (1) that appellee is a corporation; (2) that appellee's witness as to rental value was fully qualified; and (3) that appellant received the notice of termination of his lease as required and provided for in that instrument itself.

Judgment affirmed.

Draper, J., not participating.

NOTE.—Reported in 70 N. E. (2d) 357.